**LAURA CONOVER**
**PIMA COUNTY ATTORNEY**
**CIVIL DIVISION**
Tyler J. Campman, SBN 036416
Deputy County Attorney
Tyler.Campman@pcao.pima.gov
Rebecca K. O'Brien, SBN 021954
Deputy County Attorney
Rebecca.Obrien@pcao.pima.gov
Karen Y. Lara, SBN 037420
Deputy County Attorney
Karen.Lara@pcao.pima.gov
Joey A. Flynn, SBN 015430
Deputy County Attorney
Joey.Flynn@pcao.pima.gov
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: 520-724-5700
*Attorney for Defendants Pima County, Jillian Aja,*
*Dean Brault, Benjamin Mendoza*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Gerrits, The Law Office of Shawn Gerrits, PLLC<br>    Plaintiffs,<br>vs.<br><br>Pima County; Jillian Aja; Dean Brault; Benjamin Mendola; Defendant Pima Public Defense Services (PDS); Office of Court-Appointed Counsel (OCAC); Office of Children's Counsel (OCC); And Does 1-10,<br>    Defendants. | No.<br><br>**NOTICE OF REMOVAL FROM STATE COURT UNDER 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446**<br><br>(Pima County Case No.: C20254677) |

**TO: CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

Defendants Pima County, Jillian Aja, Dean Brault, and Benjamin Mendola (collectively, "Defendants"), pursuant to 28 U.S.C. §§ 1441(a) and 1446, give notice of

1

1  removal of the state court action entitled *Shawn Gerrits, et al. v. Pima County, et. al.*, Case
2  No. C20254677, currently in the Superior Court of the State of Arizona, Pima County,
3  before the Honorable Greg Sakall to the United States District Court for the District of
4  Arizona. In support of removal, the Defendants state the following:

5  1. On or about July 9, 2025, Plaintiff Shawn Gerrits filed his original Complaint
6  in the Pima County Superior Court, alleging claims under the U.S. Constitution or laws of
7  the United States.

8  2. On or about July 17, 2025, Plaintiffs filed their First Amended Complaint
9  ("FAC") in the Pima County Superior Court, alleging claims under the U.S. Constitution
10 or laws of the United States.

11 3. Under 28 U.S.C. § 1441(a), this action is removable to this Court because 28
12 U.S.C. § 1331 provides this Court with original jurisdiction over Plaintiffs' claims arising
13 under the Constitution or laws of the United States. Specifically, Plaintiffs allege claims
14 against Defendants for violations of their rights under the Americans with Disabilities Act,
15 42 U.S.C. § 12101 *et. seq.*, the Rehabilitation Act, 29 U.S.C. § 701 *et. seq.*, and the First
16 and Fourteenth Amendments of the Constitution.

17 4. Counsel for Defendants received a copy of the Complaint on July 9, 2025,
18 and the FAC on July 22, 2025.[1]

19 5. As per 28 U.S.C. § 1446(b), Defendants are timely filing this Notice of
20 Removal within 30 days after having "ascertained that the case is one which is or has
21 become removable." This awareness occurred no sooner than the date which Defendant
22 Pima County was served with Plaintiff's Complaint, on July 9, 2025.

---

[1] Defendants assert that Defendants Public Defense Services (PDS), Office of Court Appointed Counsel (OCAC), and Office of Children's Counsel (OCC) were not served with the Complaint or the FAC and are also non-jural entities.

6. To the extent Plaintiffs' FAC raises state law claims, this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) as those claims form part of the same case or controversy as the federal question claims for which the Court has original jurisdiction.

7. In compliance with 28 U.S.C. § 1446(a) and LR Civ. 3.6, attached as **Exhibit A** are all pleadings and documents previously filed in the state court where this action is pending. The undersigned verifies these are the true and complete copies of the state court action.

8. No defendant in this case has pled or answered, and there are no pending motions, responses, or replies.

9. A copy of this Notice has been filed with the Clerk of the Superior Court of Pima County as dictated by LR Civ. 3.6(a).

10. Under 28 U.S.C. § 1446(d), promptly after filing this Notice, Defendants will deliver written notice to the adverse parties (Plaintiffs).

RESPECTFULLY SUBMITTED August 7, 2025.

                                                LAURA CONOVER
                                                PIMA COUNTY ATTORNEY

                                        By:*/s/Tyler J. Campman*
                                            Tyler J. Campman
                                            Rebecca K. O'Brien
                                            Karen Y. Lara
                                            Joey A. Flynn
                                            Deputy County Attorneys

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the registered CM/ECF users.

Additionally, a copy of the foregoing document was mailed/emailed on this same date to the following recipient:

Shawn Gerrits
THE LAW OFFICE OF SHAWN GERRITS PLLC
3430 E. Sunrise Drive, STE. 180
Tucson, AZ 85715
shawn.gerrits@yahoo.com
*Pro Se Plaintiffs*

By: */s/ Sandy Tokin*