**Shawn Gerrits**, Attorney at Law
Arizona State Bar No. 033232
**The Law Office of Shawn Gerrits PLLC**
3430 E. Sunrise Drive STE 180
TUCSON, AZ 85718
Telephone: (520) 990-5209
Email: shawn.gerrits@yahoo.com
Plaintiff Pro Se and on behalf of PLLC

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SHAWN GERRITS and THE LAW OFFICE OF SHAWN GERRITS PLLC, Plaintiffs, <br><br> v. <br><br> PIMA COUNTY; JILLIAN AJA; DEAN BRAULT; BENJAMIN MENDOLA; OFFICE OF COURT APPOINTED COUNSEL; OFFICE OF CHILDRENS COUNSEL; PUBLIC DEFENSE SERVICES; AND DOES 1-10 Defendants. | Case No.: 4:25-cv-00454 <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS AND CLAIMS** <br><br> Hon. Rosemary Marquez |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Shawn Gerrits and The Law Office of Shawn Gerrits PLLC hereby voluntarily dismiss without prejudice the following defendants and claims from the First Amended Complaint (FAC):

1. Defendants Office of Court-Appointed Counsel (OCAC), Office of Children's Counsel (OCC), and Public Defense Services (PDS) as non-jural entities. All claims against these departments shall proceed against Defendant Pima County.

2. Official-capacity claims against Defendants Jillian Aja, Dean Brault, and Benjamin Mendola, as they are redundant with claims against Pima County. Personal-capacity claims against these Defendants remain pending.

This dismissal does not affect the remaining claims or Defendants. No answer or motion for summary judgment has been filed by any Defendant, and this notice is effective upon filing without court order.

Dated August 13, 2025.

Shawn Gerrits, Esq.

1

Arizona State Bar No. 033232
The Law Office of Shawn Gerrits PLLC
3430 E. Sunrise Drive, Suite 180
Tucson, AZ 85718
Telephone: (520) 990-5209
Email: shawn.gerrits@yahoo.com
Plaintiff Pro Se and on behalf of PLLC

Certificate of Service: I certify that on August 13, 2025, a copy of this Notice was served on all Defendants via email at:
- Joey Flynn, joey.flynn@pcao.pima.gov,
- Karen Lara, karen.lara@pcao.pima.gov,
- Tyler Campman, tyler.campman@pcao.pima.gov,
- gerrits.s.tort.3369729@pimacounty.filevinegov.com
- Rebecca O'Brien, Rebecca.obrien@pcao.pima.gov

Attorneys for defendants: Pima County; Jillian Aja, Dean Brault, Benjamin Mendola

*[signature]*

Shawn Gerrits, Esq.
3430 E. Sunrise Drive STE 180
Tucson, AZ 85718
520.990.5209

//

//

//

//

//

//

//

2