**LAURA CONOVER**
**PIMA COUNTY ATTORNEY**
**CIVIL DIVISION**
Rebecca K. O'Brien, SBN 021954
Deputy County Attorney
Rebecca.Obrien@pcao.pima.gov
Tyler J. Campman, SBN 036416
Deputy County Attorney
Tyler.Campman@pcao.pima.gov
Karen Y. Lara, SBN 037420
Deputy County Attorney
Karen.Lara@pcao.pima.gov
Joey A. Flynn, SBN 015430
Deputy County Attorney
Joey.Flynn@pcao.pima.gov
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: 520-724-5700
*Attorney for Defendants Pima County, Jillian Aja,*
*Dean Brault, Benjamin Mendoza*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Gerrits; The Law Office of Shawn Gerrits, PLLC<br><br>                 Plaintiffs,<br>vs.<br><br>Pima County; Jillian Aja; Dean Brault; Benjamin Mendola; Defendant Pima Public Defense Services (PDS); Office of Court-Appointed Counsel (OCAC); Office of Children's Counsel (OCC); And Does 1-10,<br><br>                 Defendants. | No. 4:25-cv-00454-RM<br><br>**STIPULATION REGARDING COUNTY DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>**(Second Request)** |

Plaintiffs Shawn Gerrits and The Law Office of Shawn Gerrits (collectively, "Plaintiffs"), and counsel for Defendants Pima County, Jillian Aja, Dean Brault, and Benjamin Mendola (collectively, "County Defendants") met and conferred regarding this matter on November 3, 2025. Plaintiffs intend to file a motion for leave to amend the First Amended Complaint to add new parties, including individuals from the Arizona Attorney General's office and possibly others, including counsel for County Defendants. Plaintiffs anticipate filing such motion on or before December 1, 2025. However, County Defendants' current deadline to respond to Plaintiffs' First Amended Complaint is November 10, 2025. [Doc. 14.]  In order to conserve resources of the parties and the Court, Plaintiffs and the County Defendants jointly move for an order extending County Defendants' deadline to respond to Plaintiffs' First Amended Complaint to December 15, 2025, or 14 days after the Court rules on Plaintiffs' anticipated motion for leave to amend, whichever is later. If Plaintiffs fail to move for leave to amend by December 1, 2025, County Defendants will respond to the First Amended Complaint by December 15, 2025.

Good cause exists for this extension. Because Plaintiffs intend to move for leave to amend the complaint, the First Amended Complaint will likely not be the operative pleading.   Therefore, it is in the interest of judicial economy to extend County Defendants' responsive deadline until the complaint is in its final form. By entering into this stipulation, County Defendants do not waive their right to oppose any motion for leave to amend that Plaintiffs file.

Wherefore, the parties respectfully request the Court grant their proposed stipulation to extend County Defendants' response  deadline to December 15, 2025 or 14 days after the Court rules on Plaintiffs' anticipated motion for leave to amend, whichever is later. A proposed form of order is lodged herewith.

RESPECTFULLY SUBMITTED November 3, 2025.

THE LAW OFFICE OF SHAWN                LAURA CONOVER
GERRITS, PLLC                          PIMA COUNTY ATTORNEY


By:*/s/Shawn Gerrits w/permission*     By:*/s/Rebecca K. O'Brien*
   Shawn Gerrits                          Rebecca K. O'Brien
   *Pro Se Plaintiffs*                     Tyler J. Campman
                                          Karen Y. Lara
                                          Joey Flynn
                                          Deputy County Attorneys



**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the registered CM/ECF users.

Additionally, a copy of the foregoing document was mailed/emailed on this same date to the following recipient:

Shawn Gerrits
THE LAW OFFICE OF SHAWN GERRITS PLLC
3430 E. Sunrise Drive, STE. 180
Tucson, AZ 85715
shawn.gerrits@yahoo.com
*Pro Se Plaintiffs*

By: */s/ Sandy Tokin*