**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Gerrits, et al., | No. CV-25-00454-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| County of Pima, et al., | |
| Defendants. | |

Pending before the Court is a Stipulation Regarding County Defendants' Deadline to Respond to Complaint. (Doc. 15.) In the Stipulation, the parties state that Plaintiffs intend to move for leave to file a second amended complaint on or before December 1, 2025. (*Id.*) The parties ask the Court to extend the deadline for Defendants Pima County, Jillian Aja, Dean Brault, and Benjamin Mendola ("County Defendants") to respond to Plaintiffs' complaint "until the complaint is in its final form." (*Id.*)

Good cause appearing,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that the Stipulation (Doc. 15) is **approved**. Plaintiffs shall file their motion to amend complaint on or before **December 1, 2025**. County Defendants shall answer or otherwise respond to Plaintiff's operative complaint within **fourteen (14) days** after resolution of Plaintiff's motion to amend or, if no such motion is filed, on or before **December 15, 2025**.

Dated this 5th day of November, 2025.

_____
Honorable Rosemary Márquez
United States District Judge